**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe, an individual,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>WYNDHAM HOTEL & RESORTS, INC.; THANDI ENTERPRISES, L.L.C.; CAL TEX HOSPITALITY, L.L.C; METRO HOSPITALITY SERVICES, INC.; RED ROOF INNS, INC.; OCEANIC FRESNO, L.P.; VAGABOND INN CORPORATION; BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KANTILAL B. PATEL, as an individual trustee of PATEL K B & I K LIVING TRUST; INDIRABEN K. PATEL, as an individual trustee of PATEL K B & I K LIVING TRUST; MADHUBEN K. PATEL, an individual; JAGRATI D. BHAKTA, an individual; ROGER BHAKTA, an individual; and ROES 1-200, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 1:25-CV-00026-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING FIRST JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WYNDHAM HOTELS & RESORTS, INC. TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS (L.R. 144)**<br><br>Judge: Hon. Jennifer L. Thurston<br><br>Complaint filed: January 7, 2025<br>Complaint Served: January 22, 2025<br>Response Date: February 12, 2025<br>New Response Date: March 12, 2025 |

1  On February 7, 2025, Plaintiff and Defendant Wyndham Hotels & Resorts, Inc. stipulated to an extension of time for Defendant Wyndham Hotels & Resorts, Inc. to respond to the Complaint up to and including March 12, 2025, noting that there had been no prior extension and the extension of time would not alter the date of any event, or any deadline, already fixed by the Court. (Doc. 26 at 2.)

Based on the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED THAT** the date by which Defendant Wyndham Hotels & Resorts, Inc. must answer or otherwise respond to the Complaint is hereby extended to **March 12, 2025**.

IT IS SO ORDERED.

Dated:   **February 18, 2025**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE