Brian D. Whelan, Esq. (SBN 256534)
Joseph Stolz, Esq. (SBN 346959)
WHELAN LAW GROUP, A Professional Corporation
1827 East Fir Avenue, Suite 110
Fresno, California 93720
Telephone: 559-437-1079
Facsimile: 559-437-1720
Email: brian@whelanlawgroup.com
Email: joseph@whelanlawgroup.com

Attorneys for: Defendants CAL TEX HOSPITALITY, L.L.C., METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, an individual<br><br>        Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL & RESORTS, INC.; THANDI ENTERPRISES, L.L.C.; CAL TEX HOSPITALITY, L.L.C; METRO HOSPITALITY SERVICES, INC.; RED ROOF INNS, INC.; OCEANIC FRESNO, L.P.; VAGABOND INN CORPORATION; BOOTA SINGH CHARIL, as an individual trustee of CHARIL FAMILY TRUST; KULDIP KAUR CHARIL, as an individual trustee of CHARIL FAMILY TRUST; KANTILAL B. PATEL, as an individual trustee of PATEL K B & I K LIVING TRUST; INDIRABEN K. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST; MADHUBEN K. PATEL, an individual; JAGRATI D. BHAKTA, an individual; ROGER BHAKTA, an individual; and ROES 1-200, inclusive,<br><br>        Defendants. | Case No. 1:25-CV-00026-JLT-BAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:   January 8, 2025<br>Trial Date:            None Set |

////

////

1

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

Plaintiff JANE DOE ("Plaintiff") and Defendants CAL TEX HOSPITALITY, L.L.C., METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1. METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC were served with the summons and complaint in this matter 5. METRO HOSPITALITY SERVICES, INC. has not yet been served. At this time, the aforementioned three (3) Defendants have elected to be represented by the same counsel and seek to have a singular date to respond that will enable the parties to streamline the process and avoid duplication and waste while Defense counsel has represented that counsel is concurrently exploring settlement authority and coverage issues.

2. The parties agree that there is good cause to extend Defendants' time to respond to the complaint to February 28, 2025, to allow sufficient time for Defendants to prepare their response and confirm the availability of insurance coverage.

3. The requested extension will not unduly delay these proceedings and is made in the interest of judicial efficiency.

Accordingly, the parties stipulate and respectfully request that the Court enter an order permitting Defendants CAL TEX HOSPITALITY, L.L.C., METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC to file a responsive pleading on or before February 28, 2025.

**IT IS SO STIPULATED.**

Dated: February 18, 2025          SINGLETON SCHREIBER, LLP

  /s/ Meagan Verschueren
By Meagan Verschueren
Attorneys for Plaintiff JANE DOE

Dated: February 18, 2025          WHELAN LAW GROUP,
A Professional Corporation

   /s/ Brian D. Whelan
By Brian D. Whelan,
Attorneys for Defendants CAL TEX HOSPITALITY, L.L.C., METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

## ORDER

Having reviewed the stipulation submitted by the parties, and for good cause shown, IT IS HEREBY ORDERED:

1. Defendants CAL TEX HOSPITALITY, L.L.C., METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC shall file their responsive pleading(s) on or before February 28, 2025.

IT IS SO ORDERED.

Dated: **February 18, 2025**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE