1  **FREEMAN MATHIS & GARY, LLP**
   Sharon C. Collier (State Bar No. 203450)
2  Sharon.Collier@fmglaw.com
   Nick O'Brien-Kovari
3  Nick.O'Brien-Kovari@fmglaw.com
   1850 Mt. Diablo Boulevard, Suite 510
4  Walnut Creek, CA 94596
   Telephone: 925-466-5904
5  Facsimile:  833-317-0293

6  *Attorneys for Defendants*
   THANDI ENTERPRISES, LLC and
7  METRO HOSPITALITY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 1:25-CV-00026-JLT-BAM |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS THANDI ENTERPRISES, LLC, METRO HOPSITALITY SERVICES, INC. TO FILE A RESPONSIVE PLEADING** |
| v. | |
| WYNDHAM HOTEL & RESORTS, INC.; THANDI ENTERPRISES, L.L.C.; CAL TEX HOSPITALITY, L.L.C; METRO HOSPITALITY SERVICES, INC.; RED ROOF INNS, INC.; OCEANIC FRESNO, L.P.; VAGABOND INN CORPORATION; BOOTA SINGH CHARIL, as an individual trustee of CHARIL FAMILY ) TRUST; KULDIP KAUR CHARIL, as an individual trustee of CHARIL FAMILY TRUST; KANTILAL B. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST; INDIRABEN K PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST; MADHUBEN K. PATEL, an individual; JAGRATI D. BHAKTA, an individual; ROGER BHAKTA, an individual; and ROES 1-200, inclusive, | **ORDER** |
| Defendants | |
| Defendant. | |

Plaintiff JANE DOE ("Plaintiff') and Defendants METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1

1.    METRO HOSPITALITY SERVICES, INC. ("Metro"), and THANDI ENTERPRISES LLC ("Thandi") were served with the summons and complaint in this matter. At this time, Metro and Thandi have retained Sharon Collier and Nicholas R. O'Brien-Kovari of Freeman Mathis & Gary LLP to represent them in this lawsuit. Metro and Thandi are seeking additional time to allow new counsel to file a responsive pleading.

2.    The parties agree that there is good cause to extend Defendants' time to respond to the complaint to March 10, 2025, to allow sufficient time for Defendants and their new counsel to prepare their response.

3.    The requested extension will not unduly delay these proceedings and is made in the interest of judicial efficiency.

Accordingly, the parties stipulate and respectfully request that the Court enter an order permitting Defendants METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC to file a responsive pleading on or before March 10, 2025.

**IT IS SO STIPULATED.**

Dated: February 27, 2025                **SINGLETON SCHREIBER, LLP**

By: _/s/ Meagan Verschueren_
MEAGAN VERSCHUEREN
KATIE LLAMAS
Attorneys for Plaintiff JANE DOE

Dated: February 27, 2025                **FREEMAN MATHIS & GARY, LLP**

By: _/s/_
SHARON C. COLLIER
NICK O'BRIEN-KOVARI
Attorneys for Defendants
THANDI ENTERPRISES, LLC and
METRO HOSPITALITY SERVICES, INC.

**ORDER**

Having reviewed the stipulation submitted by Plaintiff JANE DOE and Defendants METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC, and for good cause shown, IT IS HEREBY ORDERED:

1. Defendants METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC shall file their responsive pleading(s) on or before March 10, 2025.

2. This extension is granted based on the stipulation submitted by Plaintiff JANE DOE and Defendants METRO HOSPITALITY SERVICES, INC., and THANDI ENTERPRISES LLC, and the finding of good cause, given Defendants' counsel was recently retained and the extension will not unduly delay these proceedings.

IT IS SO ORDERED.

Dated: **February 27, 2025**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

**Freeman Mathis & Gary, LLP**
Attorneys at Law

3