Kevin M. Carney: SBN 248661
  *kcarney@clappmoroney.com*
CLAPP, MORONEY, VUCINICH,
BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California  94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Steven R. Stoker: SBN 154947
  *sstoker@pascuzzi.net*
PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290

Attorney for Defendants/Cross-Claimants
KANTILAL B. PATEL, as an individual trustee of
PATEL KB & I K LIVING TRUST, and
INDIRABEN K. PATEL, as an individual trustee of
PATEL KB & I K LIVING TRUST

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>WYNDHAM HOTEL & RESORTS, INC.;<br>THANDI ENTERPRISES, L.L.C., et al.,<br><br>                    Defendants.<br><br>_____<br><br>AND RELATED CROSS ACTIONS. | Case No.:        1-25-CV-00026-JLT-BAM<br><br>Unlimited Jurisdiction<br><br>**[~~PROPOSED~~] ORDER GRANTING CROSSCLAIMANT KANTILAL B. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST, and INDIRABEN K. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST'S MOTION FOR VOLUNTARY DISMISSAL OF CROSSCLAIM WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(2), 41(c))** |

## ~~PROPOSED~~ ORDER

Crossclaimant KANTILAL B. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST, and INDIRABEN K. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST'S Motion for Order of Voluntary Dismissal of Crossclaim Without Prejudice came before the Court.  Having considered the motion, any opposition and reply, the record, and good cause

1

appearing, IT IS HEREBY ORDERED that:

1. Crossclaimant KANTILAL B. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST, and INDIRABEN K. PATEL, as an individual trustee of PATEL KB & I K LIVING TRUST'S Crossclaim against Cross Defendants Kantilal M. Patel, an individual; Madhuben K. Patel, an individual; and MOES 1-50 is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c); and

2. Each party shall bear its own attorneys' fees and costs incurred with respect to the crossclaim.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

2