McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
David L. Emerzian, #222930
  *david.emerzian@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Ryan D. Franklin, #356717
  *ryan.franklin@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for BOOTA SINGH CHAHIL, as an
individual trustee of CHAHIL FAMILY TRUST;
KULDIP KAUR CHAHIL, as an individual
trustee of CHAHIL FAMILY TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYNDHAM HOTEL & RESORTS, INC.; THANDI ENTERPRISES, L.L.C.; CAL TEX HOSPITATLITY, L.L.C.; METRO HOSPITALITY SERVICES, INC.; RED ROOF INNS, INC.; OCEANIC FRESNO L.P.; VAGABOND INN CORPORATION; BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of PATEL K B & I K LIVING TRUST; INDIRABEN K. PATEL, as an individual trustee of PATEL K B & I K LIVING TRUST; MADHUBEN K. PATEL, an individual; JAGRATI D. BHAKTA, an individual; JAGRATI D. BHAKTA, an individual; ROGER BHAKTA, an individual; and ROES 1-200, inclusive,<br><br>　　　　Defendants. | Case No. 1:25-cv-00026-JLT-BAM<br><br>**DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST's INITIAL DISCLOSURES** |

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST's INITIAL DISCLOSURES

AND RELATED CROSS-ACTION

BOOTA SINGH CHAHIL, TRUSTEE OF CHAHIL FAMILY TRUST and KULDUP KAUR CHAHIL, TRUSTEE OF CHAHIL FAMILY TRUST

Cross-Complainants,

v.

DHAKA HOTELIERS, LLC, AKHTAR HAMID MASOOD, MOHAMMED BILLAH, SHAFI AHMED, ANETA ASHRAF, KHONDOKER IMTEAZ UDDIN, A.K.M. TAREQUE, ASAD ZAMAN, and ROES 1-50,

Cross-Defendants.

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Scheduling Conference Order (Doc. No. 114), Defendants and Cross-Complainants BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST ("Defendants") hereby submit the following initial disclosures to Plaintiff, Jane Doe ("Plaintiff"), based on the information reasonably available at this time. Defendants reserve the right to supplement these initial disclosures (either through express supplements to these disclosures or through discovery responses) if additional information becomes available, pursuant to Federal Rule of Civil Procedure 26(e).

These disclosures are made without waiver of, and without prejudice to, any objections Defendants may have regarding the discoverability or admissibility of the subject matter of these disclosures, or any documents or individuals identified herein. Defendants expressly reserve all objections, including but not limited to those based on: (a) relevance; (b) attorney-client privilege; (c) work product protections; (d) any other applicable privilege or protection under federal or state law; (e) undue burden; (f) materiality; (g) and over-breadth; (h) inadmissibility in evidence of these disclosures or the subject matter thereof; and (i) producing proprietary or confidential business information, financial data, and/or trade secrets that belong to Defendants or to individuals and entities with whom Defendants conduct, or have conducted, business. All such objections are expressly reserved.

2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST's  INITIAL DISCLOSURES

**A.** **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Defendants identify the following persons who may have knowledge of discoverable information that may be used in support of their claims and defenses.

1.    Plaintiff, Jane Doe.

2.    Plaintiff's alleged trafficker(s) and anyone Plaintiff contends was associated with the alleged trafficker(s), whose identities and contact information are unknown to Wyndham at this time.

3.    Cross-Defendants Defendants DHAKA HOTELIERS, LLC, AKHTAR HAMID MASOOD, MOHAMMED BILLAH, SHAFI AHMED, ANETA ASHRAF, KHONDOKER IMTEAZ UDDIN, A.K.M. TAREQUE, ASAD ZAMAN, and or any other party who was involved in the management, possession and/or control of the real property which is the subject of this action at 2570 S. East Avenue, Fresno, CA ("Premises").

4.    **In addition, the following individuals may have discoverable information:**

(i)    All persons identified or disclosed by Plaintiff in this litigation in connection with initial disclosures, discovery responses, document productions, and corresponding subject matter pursuant to the Federal Rules of Civil Procedure;

(ii)    Persons who allegedly witnessed or participated in Plaintiff's alleged trafficking;

(iii)    Law enforcement, government agencies, and anyone else involved in the investigation and prosecution of Plaintiff's alleged trafficking;

(iv)    Healthcare, mental health, counselors, or other providers who have treated Plaintiff;

(v)    Persons who interacted or communicated with Plaintiff or otherwise knew of Plaintiff's whereabouts during the period of her alleged trafficking;

(vi)    Persons who communicated with Plaintiff or have information about her alleged trafficking;

(vii)    Persons referenced or identified in any materials produced in the course of discovery; and

(viii)    Individuals deposed by any party.

The above list may not be exhaustive. Defendants' investigation and analysis of the allegations made in the Complaint are ongoing. Defendants reserve the right to supplement and/or

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST's  INITIAL DISCLOSURES

amend these disclosures as appropriate.

**B.    A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Defendants identify the following categories of documents which may be used to support their defenses:

1.    All Lease Agreements, Assignments, Amendments relating to the operation of that certain hotel at the Premises by Cross-Defendants DHAKA HOTELIERS, LLC, AKHTAR HAMID MASOOD, MOHAMMED BILLAH, SHAFI AHMED, ANETA ASHRAF, KHONDOKER IMTEAZ UDDIN, A.K.M. TAREQUE, ASAD ZAMAN.

2.    Documents relating to any criminal allegations, investigations, or commercial sex that may have been conducted involving Plaintiff and/or the alleged trafficker(s) and their associates.

3.    Documents relating to Plaintiff's alleged trafficking, including, but not limited to, social media posts and communications.

4.    Documents relating to Plaintiff's location, communications, and activities leading up to, during, and following Plaintiff's alleged trafficking.

5.    Documents relating to Plaintiff's alleged injuries and damages.

6.    Documents referenced in Plaintiff's pleadings and discovery responses.

Defendants have not completed their investigation of the facts for this case, and to the extent that additional categories of documents are later identified, Defendants will supplement their disclosures as required by Federal Rule of Civil Procedure 26(e).

**C.    A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of the injuries suffered.**

According to the terms of the Lease, the Cross-Defendants DHAKA HOTELIERS, LLC, AKHTAR HAMID MASOOD, MOHAMMED BILLAH, SHAFI AHMED, ANETA ASHRAF, KHONDOKER IMTEAZ UDDIN, A.K.M. TAREQUE, ASAD ZAMAN were required to indemnify and hold harmless the Chahil Parties for any liability, claims, causes of action, etc., including the Action

Defendants are seeking damages for indemnification, including attorneys' fees and costs in

4

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST's  INITIAL DISCLOSURES

connection with having to defend this action and pursue it cross-claims against Cross-Defendants DHAKA HOTELIERS, LLC, AKHTAR HAMID MASOOD, MOHAMMED BILLAH, SHAFI AHMED, ANETA ASHRAF, KHONDOKER IMTEAZ UDDIN, A.K.M. TAREQUE, ASAD ZAMAN.

**D.** **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

A claim was tendered to Cross-Defendants DHAKA HOTELIERS, LLC, AKHTAR HAMID MASOOD, MOHAMMED BILLAH, SHAFI AHMED, ANETA ASHRAF, KHONDOKER IMTEAZ UDDIN, A.K.M. TAREQUE, ASAD ZAMAN, which these responding parties understand was previously rejected. On March 16, 2026, Defendants received an email from Truck Insurance Exchange that "Truck [Insurance Exchange] as reviewed this matter since then, and Truck will provide a defense to Dhaka and the individually named members of the LLC under a reservation of rights. A claim is being opened for this defense and will be assigned to another claims adjuster shortly. We then will provide you with the claim number and claims adjuster's contact information." To date, no additional information has been provided.

Dated: March 24, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____

Attorneys for BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST

013598-000013 16083320.1

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST's INITIAL DISCLOSURES

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

## PROOF OF SERVICE

**Jane Doe v. Wyndham Hotel & Resorts, Inc.**
**Case No. 1:25-cv-00026-JLT-BAM**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On March 24, 2026, I served true copies of the following document(s) described as **DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST'S INITIAL DISCLOSURES** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is kaylan.lockhart@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 24, 2026, at Fresno, California.

/s/ Kaylan C. Lockhart
Kaylan C. Lockhart

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, KULDUP KAUR CHAHIL, KANTILAL B. PATEL AND INDIRABEN K. PATEL'S INITIAL DISCLOSURES

**SERVICE LIST**
**Jane Doe v. Wyndham Hotel & Resorts, Inc.**
**Case No. 1:25-cv-00026-JLT-BAM**

Brett Schreiber                                                   *Attorneys for Plaintiff, JANE DOE*
Meagan Verschueren
Katie Llamas
**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel.: (619) 771-3473
Email:  bschreiber@singletonschreiber.com
          mverschueren@singletonschreiber.com
          kllamas@singletonschreiber.com
          adenicola@singletonschreiber.com


Nick O'Brien-Kovari                                     *Attorneys for Defendants, THANDI*
Sharon Collier                                *ENTERPRISES LLC, METRO SERVICES, INC.*
**FREEMAN MATHIS & GARY LLP**                         *AND CAL TEX HOSPITALITY LLC*
1850 Mt Diablo Blvd., Ste. 510
Walnut Creek, CA 94596
Tel.: (925) 644-0918
Email:  Nick.O'Brien-Kovari@fmglaw.com
          Sharon.Collier@fmglaw.com
          Jackie.Struck@fmglaw.com
          Monica.Dismer@fmglaw.com


Melissa A. Reinckens                          *Attorneys for Defendant, WYNDHAM HOTELS*
Susan N. Acquista                                                       *& RESORTS, INC.*
David S. Sager
Desiree Moshayedi
**DLA PIPER LLP**
4365 Executive Dr., #1100
San Diego, CA 92121
Tel: (858) 677-1400
Email:  Melissa.Reinckens@us.dlapiper.com
          Susan.Acquista@us.dlapiper.com
          David.Sager@us.dlapiper.com
          Desiree.Moshayedi@us.dlapiper.com

Amanda Villalobos                              *Attorneys for Defendant, RED ROOF INNS,*
Nicholas V. Janizeh                                                               *INC.*
Chelsea R. Mikula
**TUCKER ELLIS LLP**
515 Flower St., #4200
Los Angeles, CA 90071
Tel: (213) 430-3400
Email:  Amanda.Villalobos@tuckerellis.com
          Nicholas.Janizeh@tuckerellis.com
          Chelsea.Mikula@tuckerellis.com

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, KULDUP KAUR CHAHIL,
KANTILAL B. PATEL AND INDIRABEN K. PATEL'S INITIAL DISCLOSURES

Steven R. Stoker                              *Attorney for Defendants, KANTILAL PATEL*
**PASCUZZI PASCUZZI & STOKER**                              *AND INDIRABEN PATEL*
2377 W. Shaw Ave., Ste. 101
Fresno, CA 93711
Tel: (559) 277-1100
Email:  sstoker@pascuzzi.net

Jessica B. Coffield                          *Attorney for Defendant, MADHUBEN K.*
**WOLFE & WYMAN LLP**                                            *PATEL*
1310 H St.
Sacramento, CA 95814
Tel: (916) 912-4700
Email:  jbcoffield@ww.law

Keith D. Chidlaw                            *Attorneys for Defendant, VAGABOND INN*
Chad C. Couchot                                          *CORPORATION*
**SCHUERING  ZIMMERMAN  SCULLY  &
DOYLE LLP**
400 University Ave.
Sacramento, CA 95825
Tel: (916) 567-0400
Email:  Kdc@szs.com
        ccc@szs.com
        CAP@szs.com
        lcb@szs.com

Kevin M. Carney                              *Attorneys for Defendants, KANTILAL B.*
**CLAPP  MORONEY  VUCINICH  BEEMAN**    *PATEL, as an individual trustee of PATEL K B*
**SCHELEY**                            *& I K LIVING TRUST and KINDIRABEN K.*
1730 S. El Camino Real, #500          *PATEL, as an individual trustee of PATEL K B*
San Mateo, CA 94402                             *& I K LIVING TRUST*
Tel: (650) 989-5400
Email:  kcarney@clappmoroney.com

DEFENDANTS AND CROSS-COMPLAINANTS BOOTA SINGH CHAHIL, KULDUP KAUR CHAHIL,
KANTILAL B. PATEL AND INDIRABEN K. PATEL'S INITIAL DISCLOSURES