UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE, an individual, | Case No. 1:25-cv-00026-JLT-FJS |
| Plaintiffs, | ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST |
| v. | AMENDED COMPLAINT |
| WYNDHAM HOTEL & RESORTS, INC., et al., | (ECF No. 118.) |
| Defendants. | |

Plaintiff JANE DOE ("Plaintiff"), Defendant WYNDHAM HOTEL & RESORTS, INC.; THANDI ENTERPRISES, L.L.C.;; RED ROOF INNS, INC.; OCEANIC FRESNO, L.P.; VAGABOND INN CORPORATION; BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST;; MADHUBEN K. PATEL, an individual; JAGRATI D. BHAKTA, an individual; ROGER BHAKTA (collectively the "Parties"), by and through and their respective counsel of record hereby stipulate as follows:

WHEREAS, on January 7, 2025, Plaintiff filed this Complaint in UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, Case No. 1:25−CV−00026−JLT−FJS.

WHEREAS, on June 18, 2026 the Defendants stipulated to allow Plaintiff to file a First Amended Complaint which adds Dhaka Hoteliers, LLC, as a Defendant.

WHEREAS, the Parties request that this Court grant and enter the stipulation and allow Plaintiff to file its First Amended Complaint.

WHEREAS, the Parties have met and conferred, and Defendants do not oppose the filing of Plaintiff's proposed First Amended Complaint.

WHEREAS, a clean copy of Plaintiff's proposed First Amended Complaint for Damages is attached hereto as Exhibit A.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1.  Plaintiff should be granted leave to file a First Amended Complaint which adds Dhaka Hoteliers, LLC, as a Defendant.

**SINGLETON SCHREIBER**

Dated:  6/18/2026            _/s/ Meagan Verschueren_
Meagan Verschueren, Esq.
Katie Llamas, Esq.
Attorneys for Plaintiff JANE DOE

**DLA PIPER LLP**

Dated:  6/18/2026            _/s/ Melissa A. Reincken_
Melissa A. Reinckens, Esq.
Susan N. Acquista, Esq.
David S. Sager, Esq.
Attorneys for Defendant Wyndham Hotels &
Resorts, Inc.

**TUCKER ELLIS LLP**

Dated:  6/18/2026            _/s/Amanda Villalobos_
Amanda Villalobos, Esq.
Nicholas V. Janizeh, Esq.
Chelsea R. Mikula, Esq.
Attorneys for Defendant Red Roof Inns, Inc

**SCHUERING & DOYLE LLP**

Dated:  6/18/2026            _/s/ Chad C. Couchot_
Keith D. Chidlaw, Esq.

Chad C. Couchot, Esq.
Richard Jacob Paikoff, Esq.
Attorneys for Defendant Vagabond Inn
Corporation

**WHELAN LAW GROUP**
**FREEMAN MATHIS & GARY LLP**

Dated: __6/18/2026__          _/s/ Nick O'Brien-Kovari_____
Brian Whelan, Esq.
Nick O'Brien-Kovari, Esq.
Sharon C. Collier, Esq.
Attorneys for Defendant Thandi Enterprises LLC

**LEWIS BRISBOIS BISGAARD &**
**SMITH LLP**

Dated: __6/19/2026__          ___/s/ Spencer Kelly_____
Spencer Kelly, Esq.
Brandon Ramcharan, Esq.
Attorneys for Defendants Roger Bhakta and Jagrati
Bhakta

**WOLFE & WYMAN LLP**

Dated: ____6/17/2026____          ___/s/ Jessica B. Coffield_____
Jessica B. Coffield, Esq.
Attorney for Defendant Madhuben Kantilal Patel

**MCCORMICK BARSTOW, LLP**

Dated: __5/27/2026__          __/s/ David Emerzian_____
David Emerzian, Esq.
Attorneys for Defendants Boota Singh Chahil,
Trustee of Chahil Family Trust, Kuldup Kaur
Chahil, Trustee of Chahil Family Trust

**GORDON REES SCULLY MANSUKHANI,**
**LLP**
**GORDON REES, LLP**

Dated: __6/18/2026__          _/s/ Arianna Eguiluz_____
Arianna Eguiluz, Esq.
Keith Cramer, Esq.
Attorneys for Defendant/Cross-Defendant
OCEANIC FRESNO, L.P.

<u>ORDER</u>

The court, having reviewed the parties' stipulation and proposed order to grant Plaintiff leave to file a first amended complaint (ECF No. 118), and good cause appearing, Plaintiff is GRANTED leave to file a first amended complaint. Plaintiff is ORDERED to file his First Amended Complaint by within seven (7) days of this order.

IT IS SO ORDERED.

Dated:   **June 24, 2026**

UNITED STATES MAGISTRATE JUDGE