UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual<br><br>        Plaintiff,<br><br>  v.<br><br>WYNDHAM HOTEL & RESORTS, INC.,<br>et al.<br><br>        Defendants. | Case No.  1:26-CV-00026-JLT-FJS<br><br>ORDER APPROVING STIPULATION TO DISMISS DEFENDANT BOOTA SINGH CHAHIL, AS AN INDIVIDUAL TRUSTEE OF CHAHIL FAMILY TRUST ONLY<br><br>(ECF No. 119)<br><br>ORDER APPROVING STIPULATION TO DISMISS DEFENDANT KULDIP KAUR CHAHIL, AS AN INDIVIDUAL TRUSTEE OF CHAHIL FAMILY TRUST ONLY<br><br>(ECF No. 119) |

On June 22, 2026, the parties filed a joint stipulation of voluntary dismissal without prejudice as to Plaintiff Jane Doe's claims against Defendant Boota Singh Chahil, as an individual trustee of Chahil Family Trust only, and Defendant Kuldip Kaur Chahil, as an individual trustee of Chahil Family trust only. (*See* ECF No. 119.) The parties highlight that no other claims are pending as to these two Defendants, and that dismissal would be without an award of costs or fees to any party. (*Id.*)

In light of the joint stipulation, Plaintiff Jane Doe's claims against Defendants Boota Singh Chahil and Kuldip Kaur Chahil are terminated without prejudice. Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate only Plaintiff's claims against Defendant Boota Singh Chahil, as an individual trustee of Chahil Family Trust, and Defendant Kuldip Kaur Chahil, as an individual trustee of Chahil Family Trust.

IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE