UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL & RESORTS, INC.; THANDI ENTERPRISES, L.L.C.; CAL TEX HOSPITALITY, L.L.C.; METRO HOSPITALITY SERVICES, INC.; RED ROOF INNS, INC.; OCEANIC FRESNO L.P.; VAGABOND INN CORPORATION; BOOTA SINGH CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KULDIP KAUR CHAHIL, as an individual trustee of CHAHIL FAMILY TRUST; KANTILAL B. PATEL, as an individual trustee of PATEL K B & I K LIVING TRUST; INDIRABEN K. PATEL, as an individual trustee of PATEL K B & I K LIVING TRUST; MADHUBEN K. PATEL, an individual; JAGRATI D. BHAKTA, an individual; JAGRATI D. BHAKTA, an individual; ROGER BHAKTA, an individual; and ROES 1-200, inclusive,<br><br>Defendants. | CASE NO. 1:25-cv-00026-JLT-FJS<br><br>ORDER GRANTING STIPULATION TO WITHDRAW PROOF OF SERVICE AND EXECUTE WAIVER OF SERVICE<br><br>(ECF No. 132) |
| AND RELATED CROSS ACTION. | |

Upon consideration of the foregoing stipulation (ECF No. 132), and good cause appearing, IT IS HEREBY ORDERED:

1. The proof of service Plaintiff JANE DOE filed on July 9, 2026, (ECF No. 126) concerning service of first amended complaint on Defendant Dhaka Hoteliers, LLC is WITHDRAWN;

2. Upon the filing of the executed waiver of service by Dhaka Hoteliers, LLC, service of the first amended complaint on Dhaka Hoteliers, LLC shall be deemed complete and effective; and

3. Dhaka Hoteliers, LLC's time to respond to the first amended complaint shall be governed by Federal Rule of Civil Procedure 4(d)(3).

IT IS SO ORDERED.

Dated: **August 4, 2026**

UNITED STATES MAGISTRATE JUDGE